UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA V. BARAHONA,<br>　　　Plaintiff,<br>　v.<br>SAN FRANCISCO, CA,<br>　　　Defendant. | Case No. 18-cv-01548-SI<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. Nos. 1, 2 |

Plaintiff filed this *pro se* prisoner's civil rights action on March 12, 2018. On that date, the court notified plaintiff in writing that the complaint was deficient due to her failure to pay the filing fee or file a completed and signed court-approved *in forma pauperis* application. The court notified plaintiff that her *in forma pauperis* application was incomplete because she had not submitted a certificate of funds in her prisoner's account signed by an authorized prison official and did not submit a copy of her prisoner's trust account statement for the last six months. Plaintiff was advised that failure to pay the fee or file the completed application within 28 days would result in dismissal of the action. Plaintiff has failed to timely provide the court with either the filing fee or a completed *in forma pauperis* application, and the deadline by which to do so has passed.

Plaintiff's *in forma pauperis* application is DENIED because it is incomplete. Docket No. 2. Specifically, the application does not have the required certificate of funds or a copy of the prisoner's trust account statement for the last six months. *See* 28 U.S.C. § 1915(a)(2).

This action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. Plaintiff may file a new action, but should include a

filing fee or a completed *in forma pauperis* application with a new civil rights complaint to commence that new action. If plaintiff files a new action, she is cautioned that she must write more neatly -- the complaint is this action was largely unreadable. The court accepts handwritten as well as typed documents from *pro se* litigants but does require that all documents submitted for filing be legible. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: April 24, 2018

SUSAN ILLSTON
United States District Judge