UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA V. BARAHONA, <br>     Plaintiff, <br>   v. <br> SAN FRANCISCO, CA, <br>     Defendant. | Case No. 18-cv-01548-SI <br><br> **JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed *in forma pauperis* application.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 24, 2018

_____
SUSAN ILLSTON
United States District Judge